**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| RYAN BELLOW, Individually and for Others Similarly Situated,<br><br>v.<br><br>DIMENSION OILFIELD PRODUCTS, LLC | **CASE NO. 4:17-cv-2542** |

**JOINT NOTICE OF SETTLEMENT**

This case settled. It may be dismissed.

Respectfully submitted,

**BRUCKNER BURCH PLLC**

**/s/ Rex Burch**

By: _____
        Richard J. (Rex) Burch
        Texas Bar No. 24001807
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
(713) 877-8788 – Telephone
(713) 877-8065 – Facsimile
rburch@brucknerburch.com

**Attorneys for Plaintiff**

**EVERSHEDS SUTHERLAND (US) LLP**

By: */s/ Scott R. McLaughlin*
        Scott R. McLaughlin
        State Bar No. 00791234
        Fed. ID: 18138
        Marlene C. Williams
        State Bar No.: 24001872
        Fed. Id.: 22824
        Michael J. Woodson
        State Bar No.: 24084117
        Fed. Id.: 1691760
Eversheds Sutherland (US) LLP
1001 Fannin, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Facsimile: (713) 654-1301
ScottMcLaughlin@eversheds-sutherland.com
MarleneWilliams@eversheds-sutherland.com
MichaelWoodson@eversheds-sutherland.com

**Attorneys for Defendant**