United States District Court
Southern District of Texas
ENTERED
January 11, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Ryan Bellow, § 
　　　　　　　　　　　　　　　§ 
　　　　Plaintiff, § 
　　　　　　　　　　　　　　　§ 
versus　　　　　　　　　　　§　　Civil Action H-17-2542 
　　　　　　　　　　　　　　　§ 
Dimension Oilfield Products, LLC, § 
　　　　　　　　　　　　　　　§ 
　　　　Defendant. §

## Conditional Dismissal

1. Having been advised that the parties have settled, this case is dismissed with prejudice.

2. By January 25, 2021, the parties may move for reinstatement.

3. The court retains jurisdiction to enforce the settlement

Signed on January 11, 2021, at Houston, Texas.

　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　United States District Judge