UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
March 15, 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| Ryan Bellow, § § § Plaintiff, § § versus § § Dimension Oilfield Products, LLC, § § Defendant. § | Civil Action H-17-2542 |

## Final Dismissal

1. Neither party having moved for reinstatement, this case is dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on March 15, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge